UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>       Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, et al.,<br><br>       Defendants. | Case No. 25-cv-00860-NW<br><br>**CASE MANAGEMENT AND TRIAL-SETTING ORDER (JURY)** |

The Court reviewed the parties' joint case management statement (ECF No. 138) and issues this case management and trial-setting order. The February 24, 2026 case management conference is VACATED.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br>    [ ] Court-sponsored mediation<br>    [ ] Court-sponsored ENE<br>    [ ] Mag. Judge Settlement Conf.<br>    [x] Private mediation<br>    [ ] Private arbitration<br>    [ ] Other: | November 20, 2026[*] |
| Disclosure of Asserted Claims and Infringement Contentions (Patent L.R.3-1 and 3-2) | March 10, 2026 |
| Invalidity Contentions (Patent L.R. 3-3 and 3-4) | April 24, 2026 |
| Damages Contentions (Patent L.R. 3-8) | June 15, 2026 |
| Joint Claim Construction and Prehearing Statement and Expert Reports (Patent L.R. 4-3) | June 23, 2026 |

[*] The parties must file a status report no later than December 4, 2026, confirming their selected ADR process was completed.

| Scheduled Event | Date |
|---|---|
| Responsive Damages Contentions (Patent L.R. 3-9) | July 15, 2026 |
| **Technology Tutorial** | **September 9, 2026, at 2:00 p.m.** |
| **Claim Construction Hearing** | **September 16, 2026, at 2:00 p.m.** |
| Damages Contentions Meeting (Patent L.R. 3-10) | September 14, 2026 |
| Close of Fact Discovery | November 20, 2026 |
| Opening Expert Reports | December 18, 2026 |
| Rebuttal Expert Reports | January 29, 2027[*] |
| Close of Expert Discovery | February 19, 2027[*] |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: March 5, 2027 <br> **Responses**: March 19, 2027 <br> **Replies**: March 26, 2027 |
| Hearing on Dispositive and *Daubert* Motions | April 28, 2027, at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | June 16, 2027 |
| Final Pretrial Conference | June 23, 2027, at 2:00 p.m. |
| Trial | July 12, 2027, at 9:00 a.m. |
| Length of trial | 5 days |

Dated: February 18, 2026

Noël Wise
United States District Judge

---

[*] Date differs from Local Rules of Practice for Patent Cases before the United States District Court for the Northern District of California.