Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tsuei (SBN 285530)
jtsuei@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (*pro hac vice*)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Plaintiff, VirtaMove Corp.*

David A. Perlson (CA SBN 209502)
david.perlson@hoganlovells.com
Antonio Sistos (Bar No. 238847)
ton.sistos@hoganlovells.com
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
david.perlson@hoganlovells.com
Telephone: (415) 374-2412
HOGAN LOVELLS US LLP

Deepa Acharya (CA SBN 267654)
1300 I Street NW, Suite 900
Washington, District of Columbia 20005-3314
deepaacharya@quinnemanuel.com
Telephone: (202) 538-8000
Facsimile: (202) 538-6100
QUINN EMANUEL URQUHART & SULLIVAN, LLP

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

VIRTAMOVE, CORP.,

Plaintiff,

v.

GOOGLE, LLC

Defendant.

Case No. 25-cv-00860-NW
Case No. 26-cv-00704-NW (consol.)

Honorable Noël Wise

**Joint Claim Construction and Prehearing Statement (P.R. 4-3)**

### A. Agreed Constructions

The parties' agreed constructions are listed in Table 1, below.

### B. Disputed Constructions and Evidence

The parties' disputed constructions and supporting evidence are listed in Table 2 ('762 Patent) and Table 3 ('814 Patent), below.

### C. Identification of Most Significant/Dispositive Terms

The parties note that they have already briefed all disputed terms for Case No. 25-cv-00860 relating to the '814 patent, and that they intend to brief all disputed terms for Case No. 26-cv-00704-NW relating to the '762 patent. Below is the is a list of the most significant terms across both consolidated cases, in no particular order[1]:

1. *Servers* ('814 patent)
2. *Disparate computing environments* ('814 patent): dispositive as to the '814 patent
3. *At least some of the different operating systems / At least some of the plurality of different operating systems / Memory accessible to at least some of the servers*[2] ('814 patent)
4. *Local kernel residing permanently on one of the servers* ('814 patent)
5. *Secure containers of application software* ('814 patent)
6. *An operating system's root file system* ('814 patent): dispositive as to the '814 patent
7. *Incompatible computer platform in which the first software application is not intended to execute* ('762 patent): dispositive as to the '762 patent
8. *Processor* ('762 patent)
9. *Runtime software* ('762 patent): Google contends this term is dispositive as to the '762 patent
10. *modify [values that otherwise would have been returned by the local operating system in the absence of said filtering one or more system service requests from the first software application]* ('762 patent): Google contends this term is dispositive as to the '762 patent

---

[1] To the extent the Court prefers the 10 most significant terms separate for each of the consolidated cases, there are less than 10 terms proposed for each.

[2] The parties' dispute as to these terms is similar, and the parties briefed the terms together.

**D. The Anticipated Length of Time Necessary for the Claim Construction Hearing**

The parties anticipate that the claim construction hearing will require two hours.

**E. Witnesses**

The parties do not propose to call witnesses at the claim construction hearing.

**F. Factual Findings**

The parties do not request any factual findings from the Court related to claim construction.

DATE: June 23, 2026

*/s/ Christian Conkle*
Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tsuei (SBN 285530)
jtsuei@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (*pro hac vice*)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Plaintiff, VirtaMove Corp.*

*/s/ Antonio Sistos*
David A. Perlson (CA SBN 209502)
david.perlson@hoganlovells.com
Antonio Sistos (Bar No. 238847)
ton.sistos@hoganlovells.com
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
david.perlson@hoganlovells.com
Telephone: (415) 374-2412
HOGAN LOVELLS US LLP

Deepa Acharya (CA SBN 267654)
1300 I Street NW, Suite 900
Washington, District of Columbia 20005-3314
deepaacharya@quinnemanuel.com
Telephone: (202) 538-8000
Facsimile: (202) 538-6100
QUINN EMANUEL URQUHART & SULLIVAN, LLP

*Attorneys for Defendant Google LLC*

## II. TABLE 1: AGREED TERMS

| Term | Claim(s) | Agreed Construction |
|---|---|---|
| Whether the preambles are limiting | ’814 patent, claim 1; ’762 patent, claim 17 | The preamble is limiting |
| container | ’814 patent, claims 1, 2, 4, 6, 9, 10, 13, 14 | An aggregate of files required to successfully execute a set of software applications on a computing platform. Each container for use on a server is mutually exclusive of the other containers, such that read/write files within a container cannot be shared with other containers. |
| a kernel a set of associated local system files [sic] | ’814 patent, claim 1 | A kernel and a set of associated local system files |
| processor | ’814 patent, claim 1 | physical computer processor |
| servers | ’814 patent, claim 1 | physical servers |
| within a container | ’814 patent, claim 1 | associated with a container |
| computer platform | ’762 patent, claim 17 | a computer system with a single instance of a fully functional operating system installed |
| resident on [the incompatible computer form as part of the operating system] | ’762 patent, claim 17 | stored on |
| kernel mode | ’762 patent, claim 17 | the context in which the kernel portion of an operating system executes. Application code cannot run in kernel mode. |
| user mode | ’762 patent, claim 17 | the context in which applications execute |
| predetermined values | ’762 patent, claim 17 | values determined before the executing step begins |

| Term | Claim(s) | Agreed Construction |
|---|---|---|
| files distributed with or specific to an operating system | ’762 patent, claim 17 | files distributed with or uniquely associated with an operating system |
| address space | ’762 patent, claim 19 | the total range of memory locations addressable by an application |
| capsule files | ’762 patent, claim 20 | An aggregate of files required to successfully execute a set of software applications on a computing platform. Files within a capsule are not accessible by application programs executing on the same computer platform in another capsule. Notwithstanding a shared capsule purposefully allows the sharing of specific files. |

The parties further agree that, for each of the following pairs of terms, the term and its antecedent refer to the same entity:

| | |
|---|---|
| a processor / the processor | '814 patent, claim 1 |
| a plurality of servers / the servers | '814 patent, claim 1 |
| one of the servers / the server | '814 patent, claim 1 |
| operating systems / the operating systems | '814 patent, claim 1, 10 |
| a plurality of different operating systems / the plurality of different operating systems | '814 patent, claim 1 |
| one or more of the executable applications / the one or more of the executable applications | '814 patent, claim 1 |
| a plurality of secure containers of application software / the containers of application software / the plurality of secure containers of application software / the containers | '814 patent, claims 1, 6, 9 |

| | |
|---|---|
| "a first software application" / "the first software application" / "said first software application" | '762 patent, claim 17 |
| "an incompatible compute platform" / "the incompatible computer platform" | '762 patent, claim 17 |
| "a local kernel" / "the local kernel" | '762 patent, claim 17 |
| "a processor" / "the processor" | '762 patent, claim 17 |
| "a first computer platform" / "the first computer platform" | '762 patent, claim 17 |
| "a second group of files" / "said second group of files" | '762 patent, claim 17 |
| "an operating system" / "the operating system" | '762 patent, claim 17 |
| "runtime software" / "the runtime software" | '762 patent, claim 17 |

| | |
|---|---|
| "at least one application filter library" / "the at least one application filter library" / "the application filter library" | '762 patent, claims 17, 18 |
| "a local operating system" / "the local operating system" | '762 patent, claim 17 |
| "filtering one or more system service requests" / "said filtering one or more system service requests" | '762 patent, claim 17 |
| "a computer readable set of first files" / "the first set of files" | '762 patent, claims 17, 20 |

## III. TABLE 2: DISPUTED TERMS FOR ’762 PATENT

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| **incompatible computer platform in which the first software application is not intended to execute**<br>Found in claim numbers:<br>’762 patent: 17 | PROPOSED CONSTRUCTION:<br>a computer platform in which the first software application cannot run without change and in which the first software application is not designed to execute.<br><br>INTRINSIC EVIDENCE:<br>’762 Patent at Title, Abstract, 1:44-67, 2:3-62, 9:41-57, 11:16-36; April 26, 2006 applicant remarks at 18-31 (VM_GOOGLE_0002902-VM_GOOGLE_0002915)<br><br>EXTRINSIC EVIDENCE:<br>U.S. Patents Nos. 9,893,902 and 12,367,288 | PROPOSED CONSTRUCTION:<br>indefinite<br><br>DICTIONARY/TREATISE DEFINITIONS:<br>*The Oxford American College Dictionary* (2002): **incompatible** (of equipment, machinery, computer programs, etc.) not capable of being used in combination: *all four camcorders were incompatible with one another*<br><br>*The Oxford American College Dictionary* (2002): **intend** plan that (something) function in a particular way: *it was originally intended as an inn* **intended** planned or meant: *the intended victim escaped*<br><br>INTRINSIC EVIDENCE:<br>’762 patent at 9:42-49: “Using system service filters there are two capabilities that are essential to enabling a software application intended to execute on one platform (hardware, OS and kernel) to execute on a different, potentially incompatible platform. These are file mapping and control of the identity supplied by the computer platform to the application. File mapping involves ensuring that a process executing in the context of a capsule uses files effectively from one of three source.” |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | ’762 patent at 11:16-36: “An example illustrating a Solaris 8 application that lists directory contents running on a Solaris 10 platform is provided. A Solaris 8 “ls” program uses the libraries libc.so.l and libm.so.l and requires the executables /usr/bin/ls and /usr/lib/ld.so. It will access the file /var/ld/ld.config during library initialization. A capsule file set is configured to include at least the Solaris 8 files /lib/libc.so.l, /lib/libc/libm.so.l, /usr/bin/ls, /usr/lib/ld.so and /var/ld/ld.config. System service filters are installed for at least open, lstat, fstat and xstat on the Solaris 10 platform. The capsule file set is located in /usr/local/capsules/test on the Solaris 10 platform. From the Solaris 10 platform the Solaris 8 “ls” application is started as a first process in a capsule as defined above. As the Solaris 8 “ls” application executes and accesses the file /lib/libc.so.1 the system service filter for “open” causes the file /usr/local/capsules/test/lib/libc.so.1 to be opened through modification of the pathname. This ensures that the correct file, the Solaris 8 version of libc, is used by the “ls” application instead of the incompatible Solaris 10 library from the file /lib/libc. The same principal is applied to applications that require control of platform identity.” |

| **’762 Patent Claim Language** | **Parent Owner’s Proposed Construction and Evidence in Support** | **Accused Infringer’s Proposed Construction and Evidence in Support** |
|---|---|---|
| **processor**<br>Found in claim numbers:<br>’762 patent: 17 | PROPOSED CONSTRUCTION:<br>No construction necessary; plain and ordinary meaning<br><br>INTRINSIC EVIDENCE:<br>’762 Patent at 2:2:17, 3:34-4:7<br><br>EXTRINSIC EVIDENCE:<br>Prior briefing, and evidence cited therein, for the ’814 Patent<br><br>U.S. Pat. No. 10,567,839<br>U.S. Pat. No. 9,223,596<br>WO 2024/059135 | PROPOSED CONSTRUCTION:<br>physical computer processor<br><br>DICTIONARY/TREATISE DEFINITIONS:<br>*American Heritage College Dictionary:*<br>***processor***: 2. *Computer Science* **a**. A computer, **b**. A central processing unit. **C**. A program that translates another program into a form acceptable by the computer being used.<br><br>*Barron’s Dictionary of Computer and Internet Terms:*<br>***processor***: *see* coprocessor; cpu; microprocessor.<br>***Coprocessor***: a separate circuit inside a computer that adds additional functions to the CPU (central processing unit) or handles extra work while the CPU is doing something else. *See also* math coprocessor.<br>***CPU*** (Central Processing Unit): the part of a computer where arithmetic and logical operations are performed and instructions are decoded and executed. The CPU controls the operation of the computer. A microprocessor is an integrated circuit that contains a complete CPU on a single chip.<br>***Microprocessor***: an integrated circuit containing the entire CPU of a computer, all on one silicon chip, so that only the memory and input-output |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | devices need to be added. The first popular microprocessor, the Intel 8080, came out in 1973 and cost approximately $400.<br>Microprocessors are commonly described as 16-bit, 32-bit, or the like. The number can refer either to the number of bits in each internal data register, or to the number of bits on the data bus (see bus); these two numbers are usually the same. Other things being equal, larger registers and a larger bus enable the processor to do its work faster.<br>Clock speed is also important. The clock is the oscillator that causes the microprocessor to proceed from one step to the next in executing instructions. (Each machine instruction takes several clock cycles.) Clock speed is measured in megahertz (MHz) or gigahertz (GHz): 1 MHz is 1 million cycles per second, and 1 GHz = 1000 MHz. Higher clock speeds result in faster computation, but only if exactly the same machine instructions are being executed; it is misleading to compare the clock speeds of processors of different types. It is even possible for two microprocessors with the same instruction set and clock speed to perform computations at different rates because of differences in internal design. A 100-MHz Pentium II, for example, is faster than a 100-MHz Pentium. *See* xeon.<br><br>*New Webster’s Dictionary:* |

| **'762 Patent Claim Language** | **Parent Owner's Proposed Construction and Evidence in Support** | **Accused Infringer's Proposed Construction and Evidence in Support** |
|---|---|---|
| | | ***processor*** (*computer*): *CENTRAL PROCESSING UNIT<br>***central processing unit*** (*computer*) the device in a computer that contains logic, arithmetic, and control circuits, and sometimes input and memory units, *abbr* CPU. *Syn* mainframe computer<br><br>*Oxford Dictionary of Computing:*<br>***processor***: A computer, usually/often the *central processor. *See also* microprocessor, i/o processor, communication processor,<br><br>INTRINSIC EVIDENCE:<br>'762 patent at 2:3-18: "In accordance with the invention there is provided, a system for enabling a first software application, which is designed for execution on a first computer platform, to be executed on an incompatible computer platform in which the first software application is not intended to execute, said system for providing a secure substantially isolated capsule environment for execution of the first software application on the incompatible computer platform, said first software application including an object executable by a local operating system of the incompatible computer platform for performing a task related to a service, the incompatible computer platform including a processor, an operating system including a local kernel |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | residing on the incompatible computer platform, and a set of associated local system files compatible with the local kernel and the processor of the incompatible computer platform, the system comprising:”<br><br>’762 patent at 3:34-46: “In accordance with a broad aspect of the invention a system is provided, for enabling a first software application, which is designed for execution on a first computer platform, to be executed on an incompatible computer platform in which the first software application is not intended to execute, said first software application including an object executable by a local operating system of the incompatible computer platform for performing a task related to a service, the incompatible computer platform including a processor, an operating system including a local kernel residing on the incompatible computer platform, and a set of associated local system files compatible with the local kernel and the processor of the incompatible computer platform, the system comprising:”<br><br>EXTRINSIC EVIDENCE:<br>*VirtaMove v. Google I*, Dkt. 74 at 6 (listing “processor: physical computer processor” as an agreed construction) |

| **’762 Patent Claim Language** | **Parent Owner’s Proposed Construction and Evidence in Support** | **Accused Infringer’s Proposed Construction and Evidence in Support** |
|---|---|---|
| | | O’Leary 5/14/2025 Dep. 95:22-96:8: Q The second bullet states, “User mode verse kernel mode on a Pentium?” Is that right?<br>A That’s correct, yes.<br>Q And it states, “What is the difference?”<br>A Yes, that’s correct, that’s the question.<br>Q What were you asking what the differences between were?<br>A Well, the Pentium would be a processor and how user mode versus kernel mode work on that processor, what is the difference between the two and how it’s implemented on the processor. |
| **operating system**<br>Found in claim numbers:<br>’762 patent: 17 | PROPOSED CONSTRUCTION:<br>No construction necessary; plain and ordinary meaning<br><br>INTRINSIC EVIDENCE:<br>’762 Patent Figs. 1, 1a, 2, 3, 5, 9, 10, 11, 13, and 4:60-66, 5:13-6:26, 7:21-58, 8:18-44, 9:18-57, 10:5-11:54, 13:56-14:26, 15:5-11.<br><br>EXTRINSIC EVIDENCE:<br>Prior briefing, and evidence cited therein, for the ’814 Patent<br><br>*Operating System*, DICTIONARY OF COMPUTER AND INTERNET TERMS (9th ed. 2006) | PROPOSED CONSTRUCTION:<br>the software that controls the allocation and usage of hardware resources such as memory, central processing unit (CPU) time, disk space, and peripheral devices<br><br>DICTIONARY/TREATISE DEFINITIONS:<br>*Microsoft Computer Dictionary Fourth Edition:* ***operating system***: “The software that controls the allocation and usage of hardware resources such as memory, central processing unit (CPU) time, disk space, and peripheral devices. The operating system is the foundation software on which applications depend. Popular operating systems include Windows 98, Windows NT, Mac OS, and UNIX. Acronym: OS. Also called executive.” 321. |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | *Kernel*, DICTIONARY OF COMPUTER AND INTERNET TERMS (9th ed. 2006).<br>*Operating System*, MERRIAM-WEBSTER’S DICTIONARY OF BASIC ENGLISH (2009). | *Webster's New World Computer Dictionary Tenth Edition:*<br>***operating system***: “A master control program that manages the computer’s internal functions, such as accepting keyboard input, and that provides a means to control the computer’s operations and file system. Typically, a computer’s operating system is automatically loaded into memory when the computer is powered on; this operation is called booting. Most operating systems are designed to run on a specific hardware platform. Still, it is possible to write operating systems in such a way that they can be ported (translated) so that they run on different hardware platforms. This is done by creating the operating system in such a way that most of the components are designed to function at a level of abstraction beyond the hardware level.” 264.<br><br>*Computer Dictionary:*<br>***operating system***: “The hugely complicated software (Windows 95 reportedly has 11 million lines of code) that runs user applications and provides an interface to the hardware. Hardware that runs more than one operating system is becoming more popular (or perhaps it would be better to say that there are fewer hardware |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | platforms now but more companies with operating systems).” 451.<br><br>*Barron’s Dictionary of Computer and Internet Terms:*<br>***operating system***: a program that controls a computer and makes it possible for users to enter and run their own programs.<br>A completely unprogrammed computer is incapable of recognizing keystrokes on its keyboard or displaying messages on its screen. Most computers are therefore set up so that, when first turned on, they automatically begin running a small program supplied in read-only memory (ROM), or occasionally in another form (see boot). This program in turn enables the computer to load its operating system from disk, though some small microcomputers have complete operating systems in ROM.<br>Under the control of the operating system, the computer recognizes and obeys commands typed by the user. In addition, the operating system provides built-in routines that allow the user’s program to perform input-output operations without specifying the exact hardware configuration of the computer. A computer running under one operating system cannot run programs designed to be run under another operating system, even on the same computer. For articles on specific operating |

| **’762 Patent Claim Language** | **Parent Owner’s Proposed Construction and Evidence in Support** | **Accused Infringer’s Proposed Construction and Evidence in Support** |
|---|---|---|
| | | systems, see cp/m; linux; mac os; ms-dos; mvs; os/2; unix; vm/sp; WINDOWS (MICROSOFT). |
| **kernel**<br>Found in claim numbers:<br>’762 patent: 17 | PROPOSED CONSTRUCTION:<br>No construction necessary; plain and ordinary meaning<br><br>INTRINSIC EVIDENCE:<br>’762 Patent Figs. 1, 1a, 2, 3, 5, 9, 10, 11, 13, and 4:60-66, 5:13-6:26, 7:21-58, 8:18-44, 9:18-57, 10:5-11:54, 13:56-14:26, 15:5-11.<br><br>EXTRINSIC EVIDENCE:<br>Prior briefing, and evidence cited therein, for the ’814 Patent<br><br>*Kernel*, DICTIONARY OF COMPUTER AND INTERNET TERMS (9th ed. 2006).<br>*Operating System*, MERRIAM-WEBSTER’S DICTIONARY OF BASIC ENGLISH (2009). | PROPOSED CONSTRUCTION:<br>the core of an operating system—the portion of the system that manages memory, files, and peripheral devices; maintains the time and date; launches applications; and allocates system resources<br><br>DICTIONARY/TREATISE DEFINITIONS:<br>*Microsoft Computer Dictionary Fourth Edition:*<br>***kernel***: “The core of an operating system—the portion of the system that manages memory, files, and peripheral devices; maintains the time and date; launches applications; and allocates system resources.”<br><br>*Webster's New World Computer Dictionary Tenth Edition:*<br>***kernel***: “In an operating system, the core portions of the program that reside in memory and perform the most essential operating system tasks, such as handling disk input and output operations and managing the internal memory. See Linux, Unix.”<br><br>*Barron’s Dictionary of Computer and Internet Terms:* |

| **’762 Patent Claim Language** | **Parent Owner’s Proposed Construction and Evidence in Support** | **Accused Infringer’s Proposed Construction and Evidence in Support** |
|---|---|---|
| | | ***kernel***: the central part of an operating system. In many operating systems, only the kernel can access hardware directly.<br>Usage note: For obscure reasons this term is often spelled kernal. This may be nothing more than a typing error that appeared in an influential manual and caught on. |
| **service**<br>Found in claim numbers:<br>’762 patent: 17 | PROPOSED CONSTRUCTION:<br>No construction necessary; plain and ordinary meaning<br><br>INTRINSIC EVIDENCE:<br>’762 Patent at 5:38-6:38, 6:57-60, 7:3-8:16, 8:62-10:59, 11:16-36, 11:55-12:41, 14:3-11, 14:54-15:11.<br><br>EXTRINSIC EVIDENCE:<br>Prior briefing, and evidence cited therein, for the ’814 Patent<br><br>*Service Program*, MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS (6th ed. 2003). | PROPOSED CONSTRUCTION:<br>specialized, software-based functionality provided by network servers and comprised of one or more applications<br><br>DICTIONARY/TREATISE DEFINITIONS:<br>*Microsoft Computer Dictionary Fourth Edition:*<br>***service***: “1. A customer-based or user-oriented function, such as technical support or network provision. 2. In reference to programming and software, a program or routine that provides support to other programs, particularly at a low (close to the hardware) level. 3. In networking, specialized, software-based functionality provided by network servers—for example, directory services that provide the network equivalent of “phone books” needed for locating users and resources. See also utility.”<br><br>INTRINSIC EVIDENCE:<br>’762 patent at 7:21-33: “FIG. 2 extends the application model to include configuration elements 20 a, 20 b, 20 c and 20 d. |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | Configuration elements are applied to the application stack at all levels, creating state dependencies. The applications 22 a, 22 b and 22 c are shown using extended services described as middleware 24. OS services are exported through the use of application libraries 26. These libraries 26 support access to kernel services 28. The kernel controls access to drivers 29. Configuration is applied to the software stack at all levels. Applications 22 a, 22 b and 22 c receive configuration in the form of user defined values as shown in 20 a. Middleware configuration is applied in 20 b. Application library configuration is applied in 20 c. The kernel is configured as shown in 20 d.”<br><br>’762 patent at 7:48-8:10: “FIG. 3 expands the application model to include dependencies on system services 33 b and 31 a. Applications 32 a, 32 b and 32 c are C++ applications they utilize middleware services 34. Access to OS services is provided by application libraries 36. The kernel 38 controls access to hardware services including all drivers 39. Configuration is applied to the software stack as shown in 30 a, 30 b, 30 c, 30 d and 33 a. Extended OS services consist of network services 33 b and system services 31 a. Network services 33 b are exemplified by capabilities such as RPC |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | services. System services 31 a include capabilities such as logging.<br>In accordance with this invention, in some instances, mostly with server applications, it may be useful for the application capsule to include network services 53 b, unique from the underlying OS. That is, services that execute in the context of the capsule, independent of like services that may or may not execute outside a capsule context, in the underlying OS, or in another capsule. This can result, for example, in a capsule environment hosting its own instance of a port map service. Many applications only require low-level system services. A compiler, for example, may only require a loader and the file system. Such an application is not dependent on external processes as system, services.<br>System services, where required, are readily started in the context of a capsule. In one embodiment of the invention system services are started in a capsule context by starting a first process in the capsule context that is a script which in turn starts other system services contained within the capsule. This has the effect of starting the first script and any child processes, including system services, in the capsule context.”<br><br>’762 patent at 11:55-61: “Fundamentally, an application capsule allows the application to be |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | managed as a service. Thus, any application can be managed as a service. The application handled as a service can therefore easily be moved between computer platforms as well as updated independently of the OS or any other application. The service, as a capsule application, is deployed and maintained as a distinct entity.”<br><br>’814 patent at 1:42-50: “As computer system architecture is applied to support specific services, it inevitably requires that separate systems be deployed for different sets of applications required to perform and or support specific services. This fact, coupled with increased demand for support of additional application sets, results in a significant increase in the number of computer systems being deployed. Such deployment makes it quite costly to manage the number of systems required to support several applications.”<br><br>‘814 patent at 3:14-19: “By way of example, together these shared library files and configuration files form system files provided by the operating system. There may be any number of other files included as system files. Additional files might be included, for example, to support maintenance activities or to start other network services to be associated with a container.” |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | ‘814 patent at 3:23-33: “In a system having a plurality of servers with operating systems that differ, operating in disparate computing environments, wherein each server includes a processor and an operating system including a kernel a set of associated local system files compatible with the processor, a method is provided for providing at least some of the servers in the system with secure, executable, applications related to a service, wherein the applications may be executed in a secure environment, wherein the applications each include an object executable by at least some of the different operating systems for performing a task related to the service.”<br><br>‘814 patent at 4:26-31: “In some embodiments of the invention, groups of applications are containerized into a single container for creating a single service. By way of example applications such as Apache, MySql and PHP may all be grouped in a single container for supporting a single service, such as a web based human resource or customer management type of service.”<br><br>‘814 patent at 7:16-21: “Containers are created through the aggregation of application specific files. A container contains application and data files for applications that provide a specific |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | service. Examples of specific services include but are not limited to CRM (Customer Relation Management) tools, Accounting, and Inventory.”<br><br>‘814 patent at 7:30-44: “The containers are output to a file storage medium and installed on the computing platforms from the file storage medium. Each container contains application and data files for applications that together provide a specific service. The containers are created using, for example, Linux, Windows and Unix systems and preferably programmed in C and C++; however, the invention is not limited to these operating systems and programming languages and other operating systems and programming language may be used. An application set is a set of one or more software applications that support a specific service. As shown in the figures, which follow, application files are combined with system files to create a composite or container of the files required to support a fully functional software application.”<br><br>‘814 patent at 7:52-8:1: “FIG. 4 illustrates a system having two secure containers 20 a 20 b, each provided with a unique identity. This allows, for example, other applications to locate a containerized service in a consistent manner independent of which computer platform the |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | containerized service is located on. Container configuration data, collected from a user or user-defined program, is passed to services resident on a computer platform 40 hosting containers. One embodiment shows these services implemented in a kernel module 43. The configuration information is transferred one time when the container is installed on a platform. The type of information required in order to provide an application associated with a container a unique identity includes items such as an IP address, MAC address and hostname. As applications execute within a container 20 a, 20 b environment system calls are intercepted, by the kernel module 43 passing through services installed as part of this invention, before being passed on to the kernel.”<br><br>‘814 patent at 15:66-16:16: “The method steps of FIG. 16 are performed by an install drop handler. During installation, verification is performed to determine whether the selected computing platform is a valid candidate for installing a selected software application. If the computing platform is a valid candidate, a user account is created for the software application; otherwise, the installation process ends. Once the user account is created, application files associated with the software applications are installed on the selected computing platform so |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | that they are accessible to the computing platform. File access permissions are then set such that one or more new users can access the application being installed. A first application is then started. In some embodiments, an application, for example accounting or payroll represent several programs/processes. In order to start the accounting/payroll service a first application is started that may in turn start other programs/processes. The first program is started. It is then up to the specific service, accounting/payroll, to start any other services it requires.”<br><br>EXTRINSIC EVIDENCE:<br>Rochette 9/10/2024 Dep. at 52:7-22:<br>Q. And by 2002 did software developers in Silicon Valley know that servers running different operating systems could work together to provide a service?<br>MR. TONG: Objection. Foundation. Calls for speculation.<br>THE WITNESS: Yes, there are also examples of that by that date.<br>BY MR. ANAPOL:<br>Q. Can you give an example?<br>A. We discussed things with Chase Bank in New York, and they were using Solaris and Windows together to form various applications, Windows being the front end, Solaris being the |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | data management in the back end, together forming a service. |
| **normally used to perform same task**<br>Found in claim numbers:<br>’762 patent: 17 | PROPOSED CONSTRUCTION:<br>No construction necessary; plain and ordinary meaning. Alternatively: “that would be used to perform a same task if the second group of files were not used to perform the same task”<br><br>INTRINSIC EVIDENCE:<br>’762 Patent at 1:34-44, 2:4-46, 3:34-4:7, 13:56-14:2.<br><br>EXTRINSIC EVIDENCE:<br>U.S. Pat. No. 10,079,920<br>U.S. Pat. No. 8,260,999 | PROPOSED CONSTRUCTION:<br>that would be used if the corresponding capsule files were not present<br><br>INTRINSIC EVIDENCE:<br>’814 patent at Fig. 1:<br><br><br>**Figure 1**<br><br>’814 patent at Fig. 2: |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | <br>Figure 2<br><br>EXTRISNIC EVIDENCE:<br>Rochette 5/5/2025 Dep. at 26:15-27:4:<br>Q. (BY MR. KASSA) Does description of functional overlays in Column 8 and 9 in the patent refers to "a library extension supplied by the invention" and a "library that would otherwise be used". Do you see that?<br>A. I don't see the exact words you quoted. Where are you at? The libraries are loaded such... Yeah, and -- all right. Yeah, can you repeat that, please?<br>Q. Sure. So in this section on functional overlays, it refers to a "library extension supplied by the invention", and then it also refers to a "library that would otherwise be used". Do you see that?<br>A. Yes |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | O’Leary 5/14/2025 Dep. at 41:6-14:<br>Q What does it mean to use a library extension supplied by the invention rather than a library that would otherwise be used?<br>A If you want to do some type of processing that's different than the library that might be provided by the operating system or you wanted to do some processing before you pass something off to the library provided by the system or you want to entirely do the processing inside the library you supply.<br><br>O’Leary 5/14/2025 Dep. at 49:2-13:<br>Q I'm just trying to understand what your understanding is of when the patent refers to using a library extension supplied by the invention rather than a library that would otherwise be used.<br>A So that would be using a library that we would provide as part of the application container that the application would use as opposed to the library underlying in the operating system. However, the library that might be in the container, the application we'd use would not necessarily be something Trigence created. It could be a generally available library.<br><br>O’Leary 5/14/2025 Dep. at 51:4-19:<br>Q So in operation, when an application would try to use a function in one of the standard |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
| --- | --- | --- |
| | | libraries, it would be redirected to use a function in a different library; is that right?<br>MR. TONG: Objection, form.<br>THE WITNESS: So the application inside the container is what you're referring to?<br>BY MS. MAYNE:<br>Q Yes.<br>A Okay. So in certain cases, the applications inside the container and calling the function may be using a system file or a library that's provided inside the container. In other cases, it may not. It may be using something in the underlying operating system directly.<br><br>O’Leary 5/14/2025 Dep. at 53:19-54:18:<br>Q In regard to Figure 1 and based on the statement, I would just like to understand, you know, when the application would try to use a function in one of the standard libraries according to the invention, it would instead redirect the application to use a function in a different library; is that right?<br>A Again, I would rephrase that by saying if you look at the descriptions throughout the detailed description section, they talk about Figure 1. There's a diagram for Figure 1 and they talk about the PA, and then there's Figure 2 and then there's other figures as well, right. So the context of what you're saying is not entirely -- you're saying it's the patent, I would say in |

| **’762 Patent Claim Language** | **Parent Owner’s Proposed Construction and Evidence in Support** | **Accused Infringer’s Proposed Construction and Evidence in Support** |
| --- | --- | --- |
| | | Figure 1, this is an example of what they mention in the paragraph.<br>Q So Figure 1 describes an example that when the application would try to use a function in one of the standard libraries, according to Figure 1, it would redirect the application to use a function of a different library. Do you agree with that?<br>A Yes, it would use the function in the system files that are shown in the diagram.<br><br>O’Leary 5/14/2025 Dep. at 55:11-22:<br>Q If you're asked at trial why that is unlike typical systems, what would your answer be?<br>A So my answer would be in a typical system like a normal server or a virtualized server, installation of the application, once it's done, the application will use libraries provided by the underlying operating system. In the case of our invention and containerizing an application with its dependencies, the application might use system files that we put into the container, which in certain cases as shown in Figure 1. |
| **runtime software**<br>Found in claim numbers:<br>’762 patent: 17 | PROPOSED CONSTRUCTION:<br>No construction necessary.<br><br>INTRINSIC EVIDENCE:<br>’762 Patent at Abstract, 2:33-47, 3:9-4:7, 6:14-26, 8:17-34, 8:62-9:58, 12:33-41, 13:4-14:2. | PROPOSED CONSTRUCTION:<br>engine that provides services to managed software<br><br>DICTIONARY/TREATISE DEFINITIONS:<br>*Microsoft Computer Dictionary Fifth Edition:*<br>**runtime** *See* common language runtime |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | **common language runtime** The engine at the core of managed code execution. The runtime supplies managed code with services such as cross-language integration, code access security, object lifetime management, and debugging and profiling support.<br><br>INTRINSIC EVIDENCE:<br>’762 patent at 4:38-39: “FIG. 11 is a block diagram representing the Capsule Runtime.”<br><br>’762 patent at 6:14-26: “Turning now to FIG. 1 a, an aspect of the invention is shown compared with traditional application models, as used in current art. FIG. 1 a is shown divided into two parts, wherein 101 shows applications outside of a capsule environment; and, 100 illustrates the execution of one or more applications within a capsule environment. It can be seen that application binary files 102 a, 102 b and 102 c, make use of application libraries as shown in 110 and application services, 108. Included in a capsule environment are system configuration, 106, and application configuration, 104. Capsule runtime services support system service filters both in user mode as shown in 112, within the capsule environment, and in kernel mode as a kernel module, as shown in 118.” |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | ’762 patent at 8:17-34: “Files used by the application are encapsulated and made available to processes that are part of the application independent of the files supplied by the OS distribution. This creates a capsule file set available to processes that execute in the capsule environment. FIG. 10 illustrates that a capsule file set 1003 includes files specific to the application 1001, or applications that are being encapsulated, and placed in a capsule as well as files that are specific to the underlying OS 1002. Any number of files could be placed in a capsule file set 1003. Depending on desired behavior, this could include the majority of files included in an OS distribution or a small set required for specific application execution. Application specific files 1001 are those files delivered with or specific to a given application. OS specific files 1002 are those files that are delivered with or specific to the OS. A subset of these files 1002 are placed in the capsule file set 1003. The capsule runtime 1004 provides access to the capsule file set 1003 as processes execute in a capsule context.”<br><br>’762 patent at 8:62-9:17: “Capsule runtime (CR) software is fundamental to the operation of application capsules and is installed on a platform that will host a capsule. System service filters, deployed with the CR software 1004, are fundamental to ensuring that applications |

| '762 Patent Claim Language | Parent Owner's Proposed Construction and Evidence in Support | Accused Infringer's Proposed Construction and Evidence in Support |
|---|---|---|
| | | executing in a capsule context use the appropriate files from the capsule file set 1003. The CR software 1004 is used to manage dynamic application state. It does this by filtering system services. There are three types of system service filters:<br>a) Process tracking. All processes are identified as being associated with a given capsule or with the underlying OS.<br>b) Information. Resources used by all processes within a capsule environment are tracked and made available. In addition, application behavior, based on known profiles, can be tracked and any variance reported.<br>c) Managed state. Certain values returned by system services can be modified such that application isolation is maintained. This includes ensuring that processes executing in a capsule environment use files based on the associated capsule file set. This type of filter will also include operations that ensure capsule identity, such as a unique IP address and hostname."<br><br>'762 patent at 12:33-41: "Also monitored, as described above, is functionality associated with a given application profile. For example, applications of the type Internet browser will have to function in certain ways, creating an operation profile. The capsule-runtime (CR) software, using system service filters, is able to |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | monitor processes executing in a capsule environment according to an application profile. The CR software will report variances that an application performs relative to a profile.”<br><br>’762 patent at 13:4-10: “The creation and use of a capsule are summarized in the following steps. These steps refer to FIG. 8, wherein a source platform 80 embodies an application that is to be placed in a capsule. The creation tool CBT is installed on the source platform 80. A runtime platform 81 is used to host applications in capsules. A capsule runtime CR is installed on the runtime platform 81.”<br><br>’762 patent at 13:56-14:2: “FIG. 11 is a block diagram representing the Capsule Runtime. It presents a process view of application capsules 1104 and their interaction with a capsule runtime 1105, 1108. A file oriented view of the application capsule 1303 can be seen from FIG. 13. An application capsule is represented in FIG. 11 as an application 1104 that utilizes one or more OS supplied application libraries 1106. A system services filter capability 1105 is supplied as part of the capsule runtime and is delivered as an application library. Portions of system services filters are performed in kernel mode and are delivered through a kernel module 1108. Both local 1101 and remote 1102 user interfaces are included. A management |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | process 1103 is used to perform event oriented tasks associated with the user interfaces 1101, 1102.”<br><br>’762 patent at Fig. 11:<br><br>*Fig. 11* |
| **modify** [values that otherwise would have been returned by the local operating system in the absence of said filtering one or more system service requests from the first software application]<br>Found in claim numbers:<br>’762 patent: 17 | PROPOSED CONSTRUCTION:<br>No construction necessary; plain and ordinary meaning.<br><br>INTRINSIC EVIDENCE:<br>’762 Patent at 9:42-10:17. | PROPOSED CONSTRUCTION:<br>make partial or minor changes to [values that otherwise would have been returned by the local operating system in the absence of said filtering one or more system service requests from the first software application]<br><br>DICTIONARY/TREATISE DEFINITIONS:<br>*The Oxford American College Dictionary* (2002): |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | **modify** make partial or minor changes to (something), typically so as to improve it or make it less extreme<br><br>INTRISNIC EVIDENCE<br>’762 patent at 10:5-17: “In one embodiment of the invention, platform identity is managed through the use of system service filters. System services that return platform identity values that are managed through system service filters include, but are not limited to, uname, ioctl, gethostname. The system service filter modifies one or more values returned by the OS to reflect capsule values rather than OS defined values. For example, the system service uname returns a number of values from the OS that include platform identity. An example of values returned in a given Linux OS for the uname service include: system name, node name, release, version, machine. The system service filter for uname would modify the value returned for system name from that defined by the OS to a capsule specific value.”<br><br>’762 patent at 12:42-55: “Once a set of files that are retrieved for creating a capsule, for example system files only or system and application files; a subset of the system files are modified. The changes made to this subset may be quite diverse. Some examples of these changes are: |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | modifying the contents of a file to add a capsule specific IP address;<br>modifying the contents of a directory to define start scripts that should be executed;<br>modifying the contents of a file to define which mount points will relate to a capsule;<br>removing certain hardware specific files that are not relevant in the capsule context, etc., dependent upon requirements.”<br><br>EXTRINSIC EVIDENCE:<br>Rochette 5/5/2025 Dep. at 28:24-29:11:<br>Q. And so to put it in the terms of the patent, are the -- are the library extension supplied by the invention and the library that would otherwise be used two different libraries?<br>MR. TONG: Objection, form.<br>THE WITNESS: In most cases, yes. The library that would otherwise be used would be, for example, libc. The library provided by the extension would be something from Trigence, and when the<br>application called function foo, it would -- it would end up calling function foo in the Trigence library. The Trigence library would call function foo in the original library, libc, in this example.<br><br>Rochette 5/5/2025 Dep. at 32:23-33:11:<br>Q. Is the concept that where you would normally call a function from a library like libc |

| '762 Patent Claim Language | Parent Owner's Proposed Construction and Evidence in Support | Accused Infringer's Proposed Construction and Evidence in Support |
|---|---|---|
| | | and your idea was to replace that normal call with a call to a – a different function from the library supplied by the invention?<br>MR. TONG: Objection, form.<br>THE WITNESS: Yes. The idea is that if the library -- if the application, for example, called network connect, the connect function call, there would exist a function named connect in libc would also be a function named connect in a Trigence supplied library. The application would call connect in the Trigence supplied library, and then the Trigence supplied library would call connect in libc. |
| **the second incompatible computer platform**<br>Found in claim numbers:<br>'762 patent: 17 | PROPOSED CONSTRUCTION:<br>the incompatible computer platform<br><br>INTRINSIC EVIDENCE:<br>'762 Patent at Abstract, 1:43-64, 2:3-4:7, 15:15-33. | PROPOSED CONSTRUCTION:<br>Indefinite |
| **the local operating system libraries**<br>Found in claim numbers:<br>'762 patent: 17 | PROPOSED CONSTRUCTION:<br>No construction necessary; plain and ordinary meaning.<br><br>INTRINSIC EVIDENCE:<br>'762 Patent at Fig. 9; 5:10-43, 10:37-59 | PROPOSED CONSTRUCTION:<br>Indefinite |
| **process context**<br>Found in claim numbers:<br>'762 patent: 18 | PROPOSED CONSTRUCTION:<br>No construction necessary; plain and ordinary meaning. | PROPOSED CONSTRUCTION:<br>the running state of a program, including its address space |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | INTRINSIC EVIDENCE:<br>’762 Patent at 5:53-6:13; 14:54-15:11 | DICTIONARY/TREATISE DEFINITIONS:<br>*Webster’s New World Computer Dictionary Tenth Edition* (2003) **process** In operating systems designed for server applications (including Windows 2000, Unix, and Linux), an executing program or service. A parent process may have one or more child processes that perform additional tasks.<br><br>*The Linux Gazette*, Issue 23 (Dec. 1997), “Process Context”, *available at* https://tldp.org/LDP/LG/issue23/flower/context.html “The context of a process includes its address space, stack space, virtual address space, register set image (e.g. Program Counter (PC), Stack Pointer (SP), Instruction Register (IR), Program Status Word (PSW) and other general processor registers), updating profiling or accounting information, making a snapshot image of its associated kernel data structures and updating the current state of the process (waiting, ready, etc).”<br><br>INTRINSIC EVIDENCE:<br>’762 patent at 5:53-6:13: “Prior art FIG. 1 illustrates a basic view of two types of software applications. One is a virtualized application, using Java/J2EE or NET services, and the other is a native application based on C++ services. In FIG. 1 applications 10 a, 10 b and 10 c represent Java applications and 11 a through 11 |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | c represent C++ applications. The applications 11 a through 11 c can be executed directly by the computer. The execution of the applications requires use of application services 13 and libraries 15 to access hardware services exported through the kernel 16 and drivers 17. Applications 10 a through 10 c differ in that they consist of byte codes that cannot be executed directly on the computer. Through the use of virtualization 14, the byte codes are converted into instructions that can be executer on the computer. The application server environment 12 provides an extended set of services available for use by 10 a, through 10 c. All OS services, whether residing in the kernel or in user mode, are shared among all processes hosted by a kernel instance. With reference to FIG. 1, with both Java and C++ application types, processes interact with shared system services through application libraries or interact directly with the kernel in some rare instances. Application processes utilize kernel services to perform operations outside of their process context. This includes access to hardware, communication with other processes hosted by the same kernel, communication outside the platform, allocation of memory; any processes that extend or transcend the given process context passes through the kernel. These kernel services are accessed through system calls.” |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
| --- | --- | --- |
| | | ’762 patent at 7:59-8:10: “In accordance with this invention, in some instances, mostly with server applications, it may be useful for the application capsule to include network services 53 b, unique from the underlying OS. That is, services that execute in the context of the capsule, independent of like services that may or may not execute outside a capsule context, in the underlying OS, or in another capsule. This can result, for example, in a capsule environment hosting its own instance of a port map service. Many applications only require low-level system services. A compiler, for example, may only require a loader and the file system. Such an application is not dependent on external processes as system, services. System services, where required, are readily started in the context of a capsule. In one embodiment of the invention system services are started in a capsule context by starting a first process in the capsule context that is a script which in turn starts other system services contained within the capsule. This has the effect of starting the first script and any child processes, including system services, in the capsule context.”<br><br>’762 patent at 8:62-9:2: “Capsule runtime (CR) software is fundamental to the operation of application capsules and is installed on a platform that will host a capsule. System service |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | filters, deployed with the CR software 1004, are fundamental to ensuring that applications executing in a capsule context use the appropriate files from the capsule file set 1003. The CR software 1004 is used to manage dynamic application state. It does this by filtering system services.”<br><br>’762 patent at 14:58-15:4 “a) Notwithstanding, less preferable alternative embodiments of this invention also include a system wherein such isolation is not required. In embodiments wherein capsules are not required, system service filters embodied in the at least one application filter library is resident in user mode which is provided in addition to the local operating system libraries reside in user mode. This library is loaded into memory in the same local operating system defined virtual address space as the application associated with a capsule and requesting a system service. System service filters embodied in the application filter library execute in the same local operating system defined process context as the application associated with a capsule and requesting a system service.”<br><br>‘058 patent at 1:46-54: “An important distinction between this invention and prior art systems and architectures is the ability to allow a CSE to execute in the same context as an |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | application. This then allows, among other things, an ability to deploy multiple instances of a CSE. In contrast, existing systems and architectures, regardless of where a service is defined to exist, that is, in kernel mode, in user mode as a single process or in user mode as multiple processes, all support the concept of a single shared service.”<br><br>‘058 patent at 4:48-54: “The critical system elements are run in a context of a software application. Accordingly, elements critical to a software application are migrated from centralized control in an operating system into the same context as the application. Advantageously, the invention allows specific operating system services to efficiently operate in the same context as a software application.”<br><br>‘058 patent, 5:22-25: “Embodiments of the invention enable the replication of critical system elements normally found in an operating system kernel. These replicated CSEs are then able to run in the context of a software application.”<br><br>‘058 patent at 7:16-20: “It is noted that each oval 12 a, 12 b in FIG. 1 represents a different context. There are two application contexts in the illustrated example and the operating system |

| ’762 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| | | context is not shown as an oval but also has its own context.”<br><br>‘058 patent at 7:23-28: “FIG. 2 a shows a system architecture where critical system elements 27 a, 27 b execute in user mode but in a distinct context from applications. Some critical system elements are removed from the operating system kernel. They reside in multiple distinct processes or servers.”<br><br>’058 patent at Fig. 1:<br><br><br>FIG. 1<br>Prior Art<br><br>’058 patent at Fig. 2a: |

| '762 Patent Claim Language | Parent Owner's Proposed Construction and Evidence in Support | Accused Infringer's Proposed Construction and Evidence in Support |
|---|---|---|
| | | <br>FIG. 2a<br>Prior Art |

## IV. TABLE 3: DISPUTED TERMS FOR ’814 PATENT

| ’814 Patent Claim Language | Parent Owner’s Proposed Construction and Evidence in Support | Accused Infringer’s Proposed Construction and Evidence in Support |
|---|---|---|
| operating system<br>Found in claim numbers:<br>’814 patent: 1, 10 | No construction necessary; plain and ordinary meaning. | the software that controls the allocation and usage of hardware resources such as memory, central processing unit (CPU) time, disk space, and peripheral devices |
| kernel/operating system kernel<br>Found in claim numbers:<br>’814 patent: 1 | No construction necessary; plain and ordinary meaning. | the core of an operating system—the portion of the system that manages memory, files, and peripheral devices; maintains the time and date; launches applications; and allocates system resources. |
| disparate computing environments<br>Found in claim numbers:<br>’814 patent: 1 | environments run by standalone or unrelated computers | Indefinite |
| service<br>Found in claim numbers:<br>’814 patent: 1, 14 | No construction necessary; plain and ordinary meaning. | specialized, software-based functionality provided by network servers and comprised of one or more applications |
| at least some of the different operating systems/at least some of the plurality of different operating systems<br>Found in claim numbers:<br>’814 patent: 1 | No construction necessary; plain and ordinary meaning. | at least two or more of the different operating systems / at least two or more of the plurality of different operating systems |
| memory accessible to at least some of the servers<br>Found in claim numbers:<br>’814 patent: 1 | memory that at least some of the servers can read from or write to | memory that at least two or more of the servers can read from or write to |

| **’814 Patent Claim Language** | **Parent Owner’s Proposed Construction and Evidence in Support** | **Accused Infringer’s Proposed Construction and Evidence in Support** |
|---|---|---|
| local kernel residing permanently on one of the servers<br>Found in claim numbers:<br>’814 patent: 1, 2, 4, 6, 9, 10, 13, 14 | No construction necessary; plain and ordinary meaning | local kernel in one of the server’s memory that is not lost when power is removed from it |
| secure containers of application software<br>Found in claim numbers:<br>’814 patent: 1, 2, 4, 6, 9, 10, 13, 14 | containers where each application set appears to have individual control of some critical system resources and/or where data within each application set is insulated from effects of other application sets | environments where each application set appears to have individual control of some critical system resources and/or where data within each application set is insulated from effects of other application sets |
| an operating system’s root file system<br>Found in claim numbers:<br>’814 patent: 1, 2, 4, 6, 9, 10, 13, 14) | No construction necessary; plain and ordinary meaning. | Indefinite. |