United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIRTAMOVE, CORP.,
Plaintiff,

v.

GOOGLE LLC, et al.,
Defendants.

Case No. 25-cv-00860-NW
Case No. 26-cv-00704-NW (consol.)

**ORDER REGARDING CONSOLIDATED PLEADINGS, ADMINISTRATIVELY CLOSING *VIRTAMOVE II*, AND TERMINATING AS MOOT MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

On April 17, 2026, the Court ordered Case No. 26-cv-00704-NW ("*VirtaMove II*") consolidated with Case No. 25-cv-00860-NW ("*VirtaMove I*"). ECF No. 147. The Court subsequently ordered that "VirtaMove . . . need not file a consolidated complaint until the pleadings in *VirtaMove I* and *II* are settled." ECF No. 157.

Google has now answered the complaints in both cases. ECF Nos. 161, 172. Accordingly, the Court ORDERS the following:

1. By **July 27, 2026**, VirtaMove shall file a consolidated complaint comprised of the allegations and claims asserted in *VirtaMove I* and *II*. VirtaMove may amend its allegations to avoid redundancies, but may not otherwise substantively amend or assert any new allegations, claims, or prayers for relief.

2. Google shall file a consolidated answer no later than **August 10, 2026**. Google may not substantively amend or assert any new responses, defenses, or counterclaims.

3. In connection with its prior answers, Google filed administrative motions to consider whether VirtaMove's materials should be sealed. ECF Nos. 162, 173. As Google's forthcoming consolidated answer will supersede these answers, the sealing motions are

United States District Court
Northern District of California

TERMINATED AS MOOT. Google may renew its motion when it files its consolidated answer.

4. *VirtaMove II* shall be administratively closed. All papers shall be filed on the *VirtaMove I* docket only.

**IT IS SO ORDERED.**

Dated: July 13, 2026

Noël Wise
United States District Judge