# Exhibit 4

# U.S. Patent No. 7,774,762 vs. Google

Accused Instrumentalities: Google products and services using secure containerized applications, including without limitation Google Kubernetes Engine, Cloud Run, Migrate to Containers, Google Container Registry, Google Artifact Registry, Google Cloud Platform, and all versions and variations thereof since the issuance of the asserted patent.

## Claim 17

| Claim 17 | Accused Instrumentalities |
| --- | --- |
| [17pre] 17. In a system having a first software application, which is designed for execution on a first computer platform, a method of executing said first software application on an incompatible computer platform in which the first software application is not intended to execute, said first software application including an object executable by a local operating system of the incompatible computer platform for performing a task related to a service, the incompatible computer platform including a processor, an operating system including a local kernel residing on the incompatible computer platform, and a set of associated local system files compatible with the local kernel and the processor of the incompatible computer platform, the method comprising: | To the extent the preamble is limiting, Google and/or its customer practices, through the Accused Instrumentalities, in a system having a first software application, which is designed for execution on a first computer platform, a method of executing said first software application on an incompatible computer platform in which the first software application is not intended to execute, said first software application including an object executable by a local operating system of the incompatible computer platform for performing a task related to a service, the incompatible computer platform including a processor, an operating system including a local kernel residing on the incompatible computer platform, and a set of associated local system files compatible with the local kernel and the processor of the incompatible computer platform, as claimed.<br><br>For example, each Accused Instrumentality each runs apps designed for a first computing platform on individual servers, each of which runs an independent operating system running either on bare metal, through an on-premises virtualized infrastructure, through one or more cloud services, or through any other supported deployment. This is also true in the infringing configuration where Migrate to Containers is used to produce a container that is run on Google Kubernetes Engine or Cloud Run. In an exemplary deployment, this includes an application designed for execution on a first computer platform and two or more servers having incompatible computer platforms.<br><br>Google requires and/or provides that each server includes a processor with one or more cores available to the OS kernel. Google further requires and/or provides that each server has a supported operating system, which includes a kernel and associated local system files, configuration files, etc. In the infringing system, at least two servers have different operating systems.<br><br>Google requires that each server includes a processor with one or more cores available to the OS kernel. Google further requires each server to have a supported operating system, which includes a kernel and associated local system files, including for example libraries, DLLs, services, configuration files, etc. |

| Claim 17 | Accused Instrumentalities |
|---|---|
| | In at least some instances, Google directly owns, operates, controls, and/or benefits from the claimed system and/or method. In other instances, Google's customer makes and uses the system and/or method either by following Google's direction and control, including Google's documentation, or automatically through the ordinary and expected operation of Google's software, or a combination thereof.<br><br>*See* claim limitations below.<br><br>*See also, e.g.*:<br><br>Google Kubernetes Engine (GKE) clusters provide secured and managed Kubernetes services with autoscaling and multi-cluster support. GKE lets you deploy, manage, and scale containerized applications on Kubernetes, powered by Google Cloud.<br>https://cloud.google.com/migrate/containers/docs/getting-started<br><br>This page describes the node images available for Google Kubernetes Engine (GKE) nodes.<br><br>GKE Autopilot nodes always use Container-Optimized OS with containerd (`cos_containerd`), which is the recommended node operating system. If you use GKE Standard, you can choose the operating system image that runs on each node during cluster or node pool creation. You can also upgrade an existing Standard cluster to use a different node image. For instructions on how to set the node image, see Specifying a node image.<br><br>https://cloud.google.com/kubernetes-engine/docs/concepts/node-images |

| Claim 17 | Accused Instrumentalities |
|---|---|
| | GKE offers the following node image options per OS for your cluster:<br><br>**OS** / **Node images**<br><br>**Container-Optimized OS**<br>• Container-Optimized OS with containerd (`cos_containerd`)<br>★ GKE Autopilot clusters always use this image.<br>• Container-Optimized OS with Docker (`cos`) (Unsupported in GKE version 1.24 and later)<br><br>**Ubuntu**<br>• Ubuntu with containerd (`ubuntu_containerd`)<br>• Ubuntu with Docker (`ubuntu`) (Unsupported in GKE version 1.24 and later)<br><br>**Windows Server**<br>• Windows Server LTSC with containerd (`windows_ltsc_containerd`) (Supports both LTSC2022 and LTSC2019 node images)<br>• Windows Server LTSC with Docker (`windows_ltsc`) (Unsupported in GKE version 1.24 and later. Unsupported for Windows Server LTSC2022.)<br>**Warning:** Windows Server Semi-Annual Channel (SAC) images aren't supported after August 9, 2022 because Microsoft is removing support for the SAC. For potential impact and migration instructions, refer to Windows Server Semi-Annual Channel end of servicing.<br>• Windows Server SAC with containerd (`windows_sac_containerd`)<br>• Windows Server SAC with Docker (`windows_sac`) (Unsupported in GKE version 1.24 and later)<br><br>https://cloud.google.com/kubernetes-engine/docs/concepts/node-images |

<table>
<tr><th>Claim 17</th><th>Accused Instrumentalities</th></tr>
<tr><td></td><td>
Use Migrate to Containers to modernize traditional applications away from virtual machine (VM) instances and into native containers that run on Google Kubernetes Engine (GKE), Anthos clusters, or Cloud Run platform. You can migrate workloads from VMs that run on VMware or Compute Engine, giving you the flexibility to containerize your existing workloads with ease.
https://cloud.google.com/migrate/containers/docs/getting-started
Given that, using tools like Migrate to Containers is a uniquely smart, efficient way to modernize traditional applications away from virtual machines and into native containers. Our unique automation approach extracts critical application elements from a VM so you can easily insert those elements into containers running on Google Kubernetes Engine (GKE), without artifacts like guest OS layers that VMs need but that are unnecessary for containers.
https://cloud.google.com/blog/products/containers-kubernetes/how-migrate-for-anthos-improves-vm-to-container-migration
Migrate to Containers supports migrations of VMs to containers on Google Kubernetes Engine on the 64-bit Linux operating systems listed in the following table.
<table>
<tr><th>OS</th><th>Compute Engine</th><th>VMware</th></tr>
<tr><td>CentOS</td><td>6.0, 7.0, 7.0 UEFI, 8.0</td><td>6.7, 6.9, 7.6</td></tr>
<tr><td>Debian</td><td>7.0, 8.0, 9.0, 10.0</td><td>9.4, 9.6</td></tr>
<tr><td>RHEL</td><td>6.0, 7.0, 7.0 UEFI, 7.4 SAP, 7.6 SAP, 8.0</td><td>6.5, 7.5, 7.6, 8.3</td></tr>
<tr><td>SUSE</td><td>12, 12 SP3 SAP, 12 SP4 SAP, 15, 15 SAP, 15 SP1 SAP</td><td>12 SP2, 12 SP3, 12 SP4, 15</td></tr>
<tr><td>Ubuntu</td><td>12 LTS, 14 LTS, 16 LTS, 16 LTS minimal, 18 LTS, 18 LTS minimal, 18 LTS UEFI, 19.04, 19.04 minimal</td><td>12.04.5 LTS, 14.04 LTS, 16.04 LTS, 18.04.10 LTS</td></tr>
</table>
https://cloud.google.com/migrate/containers/docs/compatible-os-versions, Last accessed on June 05, 2023
</td></tr>
</table>

| Claim 17 | Accused Instrumentalities |
|---|---|
| | Containers can run virtually anywhere, greatly easing development and deployment: on Linux, Windows, and Mac operating systems; on virtual machines or on physical servers; on a developer's machine or in data centers on-premises; and of course, in the public cloud.<br>https://cloud.google.com/learn/what-are-containers<br><br>A container is a way of packaging a given application's code and dependencies so that the application will run easily in any computing environment. This solves the common problem of<br>https://services.google.com/fh/files/misc/why_container_security_matters.pdf |

| Claim 17 | Accused Instrumentalities |
|---|---|
| | |




https://cloud.google.com/blog/products/application-modernization/shift-your-apps-to-container-based-workloads-on-the-command-line




https://services.google.com/fh/files/misc/why_container_security_matters.pdf

Containers virtualize CPU, memory, storage, and network resources at the operating system level, providing developers with a view of the OS logically isolated from other applications.

https://cloud.google.com/learn/what-are-containers

| Claim 17 | Accused Instrumentalities |
|---|---|
| | Containers are much more lightweight than VMs<br><br>Containers virtualize at the OS level while VMs virtualize at the hardware level<br><br>Containers share the OS kernel and use a fraction of the memory VMs require<br><br>https://cloud.google.com/learn/what-are-containers<br><br>Containers use specific features of the Linux kernel that "trick" individual applications into thinking they're in their own unique environment, even though multiple applications share the same host kernel. (If you're not familiar with the Linux kernel, it's a part of the operating system that communicates between processes--requests that do user tasks like opening a file, running a program-- and the hardware. It manages resources like memory and CPU to meet these requests).<br>https://services.google.com/fh/files/misc/why_container_security_matters.pdf<br><br>The core components of the Linux kernel that are used for containers are **cgroups** — control groups, which define the resources like CPU and memory which are available to a given process — and **namespaces**, which are a way of separating processes by restricting what each process can see, so that system resources "appear" isolated to the process.<br>https://services.google.com/fh/files/misc/why_container_security_matters.pdf |

| Claim 17 | Accused Instrumentalities |
|---|---|
| [17a] a) providing a computer readable set of first files, comprising a first group of files that include the first software application, designed to execute on the first computer platform and a second group of files that are distributed with or are specific to an operating system required to execute the first software application; | The method practiced by Google and/or its customer through the Accused Instrumentalities includes a step of providing a computer readable set of first files, comprising a first group of files that include the first software application, designed to execute on the first computer platform and a second group of files that are distributed with or are specific to an operating system required to execute the first software application.<br><br>*See, e.g.*:<br><br>**What are base images?**<br><br>A base image is the starting point for most container-based development workflows. Developers start with a base image and layer on top of it the necessary libraries, binaries, and configuration files used to run their application.<br><br>Many base images are basic or minimal Linux distributions: Debian, Ubuntu, Red Hat Enterprise Linux (RHEL), Rocky Linux, or Alpine. Developers can consume these images directly from Docker Hub or other sources. There are official providers along with a wide variety of other downstream repackagers that layer software to meet customer needs.<br><br>Google maintains base images for building its own applications. These images are built from the same source that Docker Hub uses. Therefore, they match the images you would get from Docker Hub.<br><br>The advantage of using Google-maintained images is that they are stored on Google Cloud, so you can pull these images directly from your environment without having to traverse networks.<br><br>Google updates these images whenever a new version of an official image is released. For more information on image versions, see the GitHub repository of official images.<br><br>https://cloud.google.com/software-supply-chain-security/docs/base-images |

| Claim 17 | Accused Instrumentalities |
|---|---|
| | **Google-provided base images**<br><br>Google-provided base images are available for the following OS distributions: |

| OS | Repository path | Google Cloud Marketplace listing |
|---|---|---|
| Debian 10 "Buster" | marketplace.gcr.io/google/debian10 | Google Cloud Marketplace |
| Debian 11 "Bullseye" | marketplace.gcr.io/google/debian11 | Google Cloud Marketplace |
| Debian 12 "Bookworm" | marketplace.gcr.io/google/debian12 | Google Cloud Marketplace |
| Rocky Linux 8 | marketplace.gcr.io/google/rockylinux8 | Google Cloud Marketplace |
| Rocky Linux 9 | marketplace.gcr.io/google/rockylinux9 | Google Cloud Marketplace |
| Ubuntu 20.04 | marketplace.gcr.io/google/ubuntu2004 | Google Cloud Marketplace |
| Ubuntu 22.04 | marketplace.gcr.io/google/ubuntu2204 | Google Cloud Marketplace |
| Ubuntu 24.04 | marketplace.gcr.io/google/ubuntu2404 | Google Cloud Marketplace |

https://cloud.google.com/software-supply-chain-security/docs/base-images

| Claim 17 | Accused Instrumentalities |
|---|---|
| | There are several storage options for applications running on Google Kubernetes Engine (GKE). The choices vary in terms of<br><br>Volumes are a storage unit accessible to containers in a Pod. Some volume types are backed by ephemeral storage. Ephemeral storage types (for example, emptyDir) do not persist after the Pod ceases to exist. These types are useful for scratch space for applications. You can manage your local ephemeral storage resources as you do your CPU and memory resources. Other volume types are backed by durable storage.<br>https://cloud.google.com/kubernetes-engine/docs/concepts/storage-overview<br><br>6. **Do Docker containers package up the entire OS and make it easier to deploy?**<br><br>Docker containers do not package up the OS. They package up the applications with everything that the application needs to run. The engine is installed on top of the OS running on a host. Containers share the OS kernel allowing a single host to run multiple containers.<br>https://www.docker.com/blog/the-10-most-common-questions-it-admins-ask-about-docker/<br><br>At its core, a volume is a directory, possibly with some data in it, which is accessible to the containers in a pod. How that directory comes to be, the<br><br>`.spec.containers[*].volumeMounts`. A process in a container sees a filesystem view composed from the initial contents of the container image, plus volumes (if defined) mounted inside the container. The process sees a root filesystem that initially matches the contents of the container image. Any writes to within that filesystem hierarchy, if allowed, affect what that process views when it performs a subsequent filesystem access. Volumes mount at the specified paths within the image. For each container defined within a Pod, you must independently specify where to mount each volume that the container uses.<br>https://kubernetes.io/docs/concepts/storage/volumes/ |

| Claim 17 | Accused Instrumentalities |
| --- | --- |
| | <br>https://cloud.google.com/blog/products/application-modernization/shift-your-apps-to-container-based-workloads-on-the-command-line<br><br>A container is a way of packaging a given application's code and dependencies so that the application will run easily in any computing environment. This solves the common problem of<br>https://services.google.com/fh/files/misc/why_container_security_matters.pdf<br><br>The container image specifies the container's file system. For example, if you're running a Node.js application, the container image would contain your app, Node.js, and other dependencies like Linux system libraries (except the kernel). A container image usually extends a base operating system image, or **base image**. This base image is the basis of your container, so you'll want to ensure that it's properly patched and free from known vulnerabilities.<br>https://services.google.com/fh/files/misc/why_container_security_matters.pdf |

| Claim 17 | Accused Instrumentalities |
|---|---|
| | workloads onto each server. As such, the architecture of containers means that they're deployed with multiple containers sharing the same kernel.<br>https://services.google.com/fh/files/misc/why_container_security_matters.pdf<br><br>Containers are lightweight packages of your application code together with dependencies such as specific versions of programming language runtimes and libraries required to run your software services.<br>https://cloud.google.com/learn/what-are-containers |

| Claim 17 | Accused Instrumentalities |
|---|---|
| | # About storage drivers<br><br>To use storage drivers effectively, it's important to know how Docker builds and stores images, and how these images are used by containers. You can use this information to make informed choices about the best way to persist data from your applications and avoid performance problems along the way.<br><br>## Storage drivers versus Docker volumes<br><br>Docker uses storage drivers to store image layers, and to store data in the writable layer of a container. The container's writable layer doesn't persist after the container is deleted, but is suitable for storing ephemeral data that is generated at runtime. Storage drivers are optimized for space efficiency, but (depending on the storage driver) write speeds are lower than native file system performance, especially for storage drivers that use a copy-on-write filesystem. Write-intensive applications, such as database storage, are impacted by a performance overhead, particularly if pre-existing data exists in the read-only layer.<br><br>Use Docker volumes for write-intensive data, data that must persist beyond the container's lifespan, and data that must be shared between containers. Refer to the volumes section to learn how to use volumes to persist data and improve performance.<br><br>https://docs.docker.com/storage/storagedriver/ |

| Claim 17 | Accused Instrumentalities |
|---|---|
| | **Images and layers**<br><br>A Docker image is built up from a series of layers. Each layer represents an instruction in the image's Dockerfile. Each layer except the very last one is read-only. Consider the following Dockerfile:<br><br>`# syntax=docker/dockerfile:1`<br><br>`FROM ubuntu:22.04`<br>`LABEL org.opencontainers.image.authors="org@example.com"`<br>`COPY . /app`<br>`RUN make /app`<br>`RUN rm -r $HOME/.cache`<br>`CMD python /app/app.py`<br><br>This Dockerfile contains four commands. Commands that modify the filesystem create a layer. The `FROM` statement starts out by creating a layer from the `ubuntu:22.04` image. The `LABEL` command only modifies the image's metadata, and doesn't produce a new layer. The `COPY` command adds some files from your Docker client's current directory. The first `RUN` command builds your application using the `make` command, and writes the result to a new layer. The second `RUN` command removes a cache directory, and writes the result to a new layer. Finally, the `CMD` instruction specifies what command to run within the container, which only modifies the image's metadata, which doesn't produce an image layer.<br><br>https://docs.docker.com/storage/storagedriver/ |

| Claim 17 | Accused Instrumentalities |
| --- | --- |
| | Each layer is only a set of differences from the layer before it. Note that both *adding*, and *removing* files will result in a new layer. In the example above, the `$HOME/.cache` directory is removed, but will still be available in the previous layer and add up to the image's total size. Refer to the Best practices for writing Dockerfiles and use multi-stage builds sections to learn how to optimize your Dockerfiles for efficient images.<br><br>The layers are stacked on top of each other. When you create a new container, you add a new writable layer on top of the underlying layers. This layer is often called the "container layer". All changes made to the running container, such as writing new files, modifying existing files, and deleting files, are written to this thin writable container layer. The diagram below shows a container based on an `ubuntu:15.04` image.<br><br><br><br>https://docs.docker.com/storage/storagedriver/ |

| Claim 17 | Accused Instrumentalities |
| --- | --- |
| | **Volumes**<br><br>Volumes are the preferred mechanism for persisting data generated by and used by Docker containers. While bind mounts are dependent on the directory structure and OS of the host machine, volumes are completely managed by Docker. Volumes have several advantages over bind mounts:<br><br>https://kubernetes.io/docs/concepts/storage/volumes/<br><br>**Container environment**<br><br>The Kubernetes Container environment provides several important resources to Containers:<br><br>• A filesystem, which is a combination of an image and one or more volumes.<br>• Information about the Container itself.<br>• Information about other objects in the cluster.<br><br>https://kubernetes.io/docs/concepts/containers/container-environment/ |

| Claim 17 | Accused Instrumentalities |
|---|---|
| | **Images**<br><br>A container image represents binary data that encapsulates an application and all its software dependencies. Container images are executable software bundles that can run standalone and that make very well defined assumptions about their runtime environment.<br><br>You typically create a container image of your application and push it to a registry before referring to it in a Pod.<br><br>https://kubernetes.io/docs/concepts/containers/images/<br><br>**Volumes**<br><br>On-disk files in a container are ephemeral, which presents some problems for non-trivial applications when running in containers. One problem occurs when a container crashes or is stopped. Container state is not saved so all of the files that were created or modified during the lifetime of the container are lost. During a crash, kubelet restarts the container with a clean state. Another problem occurs when multiple containers are running in a `Pod` and need to share files. It can be challenging to setup and access a shared filesystem across all of the containers. The Kubernetes volume abstraction solves both of these problems. Familiarity with Pods is suggested.<br><br>https://kubernetes.io/docs/concepts/storage/volumes/ |

| Claim 17 | Accused Instrumentalities |
|---|---|
| | # Open Container Initiative<br>## Image Format Specification<br>This specification defines an OCI Image, consisting of an image manifest, an image index (optional), a set of filesystem layers, and a configuration.<br>The goal of this specification is to enable the creation of interoperable tools for building, transporting, and preparing a container image to run.<br>https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/spec.md |

| Claim 17 | Accused Instrumentalities |
|---|---|
| | **Overview**<br><br>At a high level the image manifest contains metadata about the contents and dependencies of the image including the content-addressable identity of one or more filesystem layer changeset archives that will be unpacked to make up the final runnable filesystem. The image configuration includes information such as application arguments, environments, etc. The image index is a higher-level manifest which points to a list of manifests and descriptors. Typically, these manifests may provide different implementations of the image, possibly varying by platform or other attributes.<br><br><br><br><br>https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/spec.md |

| Claim 17 | Accused Instrumentalities |
| --- | --- |
| | **OCI Image Configuration**<br><br>An OCI *Image* is an ordered collection of root filesystem changes and the corresponding execution parameters for use within a container runtime. This specification outlines the JSON format describing images for use with a container runtime and execution tool and its relationship to filesystem changesets, described in Layers.<br><br>This section defines the `application/vnd.oci.image.config.v1+json` media type.<br><br>https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/config.md |

<table>
<tr><th>Claim 17</th><th>Accused Instrumentalities</th></tr>
<tr><td></td><td>
<h3>Layer</h3>
<ul>
<li>Image filesystems are composed of layers.</li>
<li>Each layer represents a set of filesystem changes in a tar-based layer format, recording files to be added, changed, or deleted relative to its parent layer.</li>
<li>Layers do not have configuration metadata such as environment variables or default arguments - these are properties of the image as a whole rather than any particular layer.</li>
<li>Using a layer-based or union filesystem such as AUFS, or by computing the diff from filesystem snapshots, the filesystem changeset can be used to present a series of image layers as if they were one cohesive filesystem.</li>
</ul>
<h3>Image JSON</h3>
<ul>
<li>Each image has an associated JSON structure which describes some basic information about the image such as date created, author, as well as execution/runtime configuration like its entrypoint, default arguments, networking, and volumes.</li>
<li>The JSON structure also references a cryptographic hash of each layer used by the image, and provides history information for those layers.</li>
<li>This JSON is considered to be immutable, because changing it would change the computed ImageID.</li>
<li>Changing it means creating a new derived image, instead of changing the existing image.</li>
</ul>
https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/config.md
</td></tr>
</table>

| Claim 17 | Accused Instrumentalities |
|---|---|
| | • **rootfs** *object*, REQUIRED<br><br>The rootfs key references the layer content addresses used by the image. This makes the image config hash depend on the filesystem hash.<br><br>○ **type** *string*, REQUIRED<br><br>MUST be set to `layers`. Implementations MUST generate an error if they encounter a unknown value while verifying or unpacking an image.<br><br>○ **diff_ids** *array of strings*, REQUIRED<br><br>An array of layer content hashes (`DiffIDs`), in order from first to last.<br><br>https://github.com/opencontainers/image-spec/blob/a6af2b480dcfc001ba975f44de53001c873cb0ef/config.md |

| Claim 17 | Accused Instrumentalities |
|---|---|
| [17b] b) in the execution of the first software application on the incompatible computer platform[,] using said second group of files in place of the associated local system files normally used to perform a same task, which are resident on the incompatible computer platform as part of the operating system, and, | In the method practiced by Google and/or its customer through the Accused Instrumentalities, in the execution of the first software application on the incompatible computer platform said second group of files are used in place of the associated local system files normally used to perform a same task, which are resident on the incompatible computer platform as part of the operating system.<br><br>*See* discussion in element [17a] above.<br><br>*See also, e.g.*:<br><br>A container is a way of packaging a given application's code and dependencies so that the application will run easily in any computing environment. This solves the common problem of<br>https://services.google.com/fh/files/misc/why_container_security_matters.pdf<br><br>The container image specifies the container's file system. For example, if you're running a Node.js application, the container image would contain your app, Node.js, and other dependencies like Linux system libraries (except the kernel). A container image usually extends a base operating system image, or **base image**. This base image is the basis of your container, so you'll want to ensure that it's properly patched and free from known vulnerabilities.<br>Containers use specific features of the Linux kernel that "trick" individual applications into thinking they're in their own unique environment, even though multiple applications share the same host kernel. (If you're not familiar with the Linux kernel, it's a part of the operating system that communicates between processes--requests that do user tasks like opening a file, running a program-- and the hardware. It manages resources like memory and CPU to meet these requests).<br>https://services.google.com/fh/files/misc/why_container_security_matters.pdf |

| Claim 17 | Accused Instrumentalities |
|---|---|
| | Containers can run virtually anywhere, greatly easing development and deployment: on Linux, Windows, and Mac operating systems; on virtual machines or on physical servers; on a developer's machine or in data centers on-premises; and of course, in the public cloud.<br>https://cloud.google.com/learn/what-are-containers<br><br>One of the primary reasons to adopt containers is for your applications to be decoupled from the underlying environment and support higher resource utilization by "bin packing" multiple workloads onto each server. As such, the architecture of containers means that they're deployed with multiple containers sharing the same kernel.<br><br>The container image specifies the container's file system. For example, if you're running a Node.js application, the container image would contain your app, Node.js, and other dependencies like Linux system libraries (except the kernel). A container image usually extends a base operating system image, or **base image**. This base image is the basis of your container, so you'll want to ensure that it's properly patched and free from known vulnerabilities.<br>https://services.google.com/fh/files/misc/why_container_security_matters.pdf |

| Claim 17 | Accused Instrumentalities |
| --- | --- |
| | `COPY` and `ADD` : These commands copy files and directories from your local filesystem into the Docker image. They are often used to include your application code, configuration files, and dependencies.<br>https://medium.com/@swalperen3008/what-is-dockerize-and-dockerize-your-project-a-step-by-step-guide-899c48a34df6<br><br>**Container images**<br><br>A container image is a ready-to-run software package containing everything needed to run an application: the code and any runtime it requires, application and system libraries, and default values for any essential settings.<br><br>https://kubernetes.io/docs/concepts/containers/ |

| Claim 17 | Accused Instrumentalities |
|---|---|
| | **About storage drivers**<br><br>To use storage drivers effectively, it's important to know how Docker builds and stores images, and how these images are used by containers. You can use this information to make informed choices about the best way to persist data from your applications and avoid performance problems along the way.<br><br>**Storage drivers versus Docker volumes**<br><br>Docker uses storage drivers to store image layers, and to store data in the writable layer of a container. The container's writable layer doesn't persist after the container is deleted, but is suitable for storing ephemeral data that is generated at runtime. Storage drivers are optimized for space efficiency, but (depending on the storage driver) write speeds are lower than native file system performance, especially for storage drivers that use a copy-on-write filesystem. Write-intensive applications, such as database storage, are impacted by a performance overhead, particularly if pre-existing data exists in the read-only layer.<br><br>Use Docker volumes for write-intensive data, data that must persist beyond the container's lifespan, and data that must be shared between containers. Refer to the volumes section to learn how to use volumes to persist data and improve performance.<br><br>https://docs.docker.com/storage/storagedriver/ |

<table>
<tr><th>Claim 17</th><th>Accused Instrumentalities</th></tr>
<tr><td></td><td>

<h1>Images and layers</h1>

A Docker image is built up from a series of layers. Each layer represents an instruction in the image's Dockerfile. Each layer except the very last one is read-only. Consider the following Dockerfile:

<pre>
# syntax=docker/dockerfile:1

FROM ubuntu:22.04
LABEL org.opencontainers.image.authors="org@example.com"
COPY . /app
RUN make /app
RUN rm -r $HOME/.cache
CMD python /app/app.py
</pre>

This Dockerfile contains four commands. Commands that modify the filesystem create a layer. The FROM statement starts out by creating a layer from the ubuntu:22.04 image. The LABEL command only modifies the image's metadata, and doesn't produce a new layer. The COPY command adds some files from your Docker client's current directory. The first RUN command builds your application using the make command, and writes the result to a new layer. The second RUN command removes a cache directory, and writes the result to a new layer. Finally, the CMD instruction specifies what command to run within the container, which only modifies the image's metadata, which doesn't produce an image layer.

https://docs.docker.com/storage/storagedriver/
</td></tr>
</table>

| Claim 17 | Accused Instrumentalities |
| --- | --- |
| | Each layer is only a set of differences from the layer before it. Note that both *adding*, and *removing* files will result in a new layer. In the example above, the `$HOME/.cache` directory is removed, but will still be available in the previous layer and add up to the image's total size. Refer to the Best practices for writing Dockerfiles and use multi-stage builds sections to learn how to optimize your Dockerfiles for efficient images.<br><br>The layers are stacked on top of each other. When you create a new container, you add a new writable layer on top of the underlying layers. This layer is often called the "container layer". All changes made to the running container, such as writing new files, modifying existing files, and deleting files, are written to this thin writable container layer. The diagram below shows a container based on an `ubuntu:15.04` image.<br><br><br><br>https://docs.docker.com/storage/storagedriver/ |

| Claim 17 | Accused Instrumentalities |
| --- | --- |
| [17c] c) executing on the second incompatible computer platform runtime software for managing a dynamic state and file location of the first software application, the runtime software including a kernel module resident in kernel mode and at least one application filter library resident in user mode and filtering one or more system service requests made by the first software application and providing values from the at least one application filter library which is provided in addition to the local operating system libraries to modify values that otherwise would have been returned by the local operating system in the absence of said filtering one or more system service requests from the first software application, and executing the first software application by accessing files from first set of files in place of operating system files and wherein predetermined values are provided instead of values related to an identity of the incompatible computer platform. | The method practiced by Google and/or its customer through the Accused Instrumentalities includes executing on the second incompatible computer platform runtime software for managing a dynamic state and file location of the first software application, the runtime software including a kernel module resident in kernel mode and at least one application filter library resident in user mode and filtering one or more system service requests made by the first software application and providing values from the at least one application filter library which is provided in addition to the local operating system libraries to modify values that otherwise would have been returned by the local operating system in the absence of said filtering one or more system service requests from the first software application, and executing the first software application by accessing files from first set of files in place of operating system files and wherein predetermined values are provided instead of values related to an identity of the incompatible computer platform.<br><br>*See, e.g.*: |

| Claim 17 | Accused Instrumentalities |
|---|---|
| | **About containerd**<br><br>The container runtime is software that is responsible for running containers, and abstracts container management for Kubernetes. There are a few different container runtimes.<br><br>The containerd runtime is an industry-standard container runtime that's supported by Kubernetes, and used by many other projects. The containerd runtime provides the layering abstraction that allows for the implementation of a rich set of features like gVisor and Image streaming to extend GKE functionality.<br><br>The containerd runtime is considered more resource efficient and secure than the Docker runtime.<br><br>https://cloud.google.com/kubernetes-engine/docs/concepts/using-containerd |

| | |
|---|---|
| | ## Using containerd images in GKE clusters<br><br>When you create a new GKE cluster, a new node pool in an existing cluster, or when you upgrade an existing cluster, you can choose to use a containerd node image. GKE Autopilot clusters always use Container-Optimized OS with containerd.<br><br>The following table describes the supported containerd node images based on your cluster mode and node pool OS:<br><br>**Cluster mode** / **Node pool OS** / **Node image**<br>Autopilot / Linux / `cos_containerd`<br>Standard / Linux / • `cos_containerd` • `ubuntu_containerd`<br>Standard / Windows Server / • `windows_ltsc_containerd` • `windows_sac_containerd` (Unsupported after August 9, 2022) These images require GKE version 1.21.1-gke.2200 or later.<br><br>https://cloud.google.com/kubernetes-engine/docs/concepts/using-containerd |

| Claim 17 | Accused Instrumentalities |
|---|---|
| | <br>https://containerd.io/img/architecture.png<br><br>Both the kubelet and the underlying container runtime need to interface with control groups to enforce resource management for pods and containers and set resources such as cpu/memory requests and limits. To interface with control groups, the kubelet and the container runtime need to use a *cgroup driver*. It's critical that the kubelet and the container runtime use the same cgroup driver and are configured the same.<br>https://kubernetes.io/docs/setup/production-environment/container-runtimes/ |

| Claim 17 | Accused Instrumentalities |
|---|---|
| | containerd offers a fully namespaced API so multiple consumers can all use a single containerd instance without conflicting with one another. Namespaces allow multi-tenancy within a single daemon. This removes the need for the common pattern of using nested containers to achieve this separation. Consumers are able to have containers with the same names but with settings and/or configurations that vary drastically. For example, system or infrastructure level containers can be hidden in one namespace while user level containers are kept in another. Underlying image content is still shared via content addresses but image names and metadata are separate per namespace.<br>https://github.com/containerd/containerd/blob/main/docs/namespaces.md<br><br>**runc** is a low-level tool for spawning and running Linux containers used in Kubernetes Pods. In **runc** versions prior to the patches released in this security bulletin, several file descriptors were inadvertently leaked into the **runc init** process that runs within a container. **runc** also did not verify that a container's final working directory was inside the container's mount namespace. A malicious container image or a user with permission to run arbitrary Pods could use a combination of the leaked file descriptors and lack of working directory validation to gain access to a node's host mount namespace and access the entire host filesystem and overwrite arbitrary binaries on the node.<br>https://cloud.google.com/kubernetes-engine/security-bulletins |

| Claim 17 | Accused Instrumentalities |
| --- | --- |
| | # ENV<br><br>`ENV <key>=<value> [<key>=<value>...]`<br><br>The `ENV` instruction sets the environment variable `<key>` to the value `<value>`. This value will be in the environment for all subsequent instructions in the build stage and can be replaced inline in many as well. The value will be interpreted for other environment variables, so quote characters will be removed if they are not escaped. Like command line parsing, quotes and backslashes can be used to include spaces within values.<br>https://docs.docker.com/reference/dockerfile/#env<br><br>**Resource Management for Pods and Containers**<br><br>When you specify a Pod, you can optionally specify how much of each resource a container needs. The most common resources to specify are CPU and memory (RAM); there are others.<br><br>When you specify the resource *request* for containers in a Pod, the kube-scheduler uses this information to decide which node to place the Pod on. When you specify a resource *limit* for a container, the kubelet enforces those limits so that the running container is not allowed to use more of that resource than the limit you set. The kubelet also reserves at least the *request* amount of that system resource specifically for that container to use. |

| | |
|---|---|
| | **Requests and limits**<br>If the node where a Pod is running has enough of a resource available, it's possible (and allowed) for a container to use more resource than its `request` for that resource specifies. However, a container is not allowed to use more than its resource `limit`.<br><br>For example, if you set a `memory` request of 256 MiB for a container, and that container is in a Pod scheduled to a Node with 8GiB of memory and no other Pods, then the container can try to use more RAM.<br><br>If you set a `memory` limit of 4GiB for that container, the kubelet (and container runtime) enforce the limit. The runtime prevents the container from using more than the configured resource limit. For example: when a process in the container tries to consume more than the allowed amount of memory, the system kernel terminates the process that attempted the allocation, with an out of memory (OOM) error.<br><br>Limits can be implemented either reactively (the system intervenes once it sees a violation) or by enforcement (the system prevents the container from ever exceeding the limit). Different runtimes can have different ways to implement the same restrictions.<br><br>https://kubernetes.io/docs/concepts/configuration/manage-resources-containers/<br><br>**Runtime options with Memory, CPUs, and GPUs**<br>By default, a container has no resource constraints and can use as much of a given resource as the host's kernel scheduler allows. Docker provides ways to control how much memory, or CPU a container can use, setting runtime configuration flags of the `docker run` command. This section provides details on when you should set such limits and the possible implications of setting them. |

| Claim 17 | Accused Instrumentalities |
| --- | --- |
| | **Limit a container's access to memory**<br>Docker can enforce hard or soft memory limits.<br>• Hard limits lets the container use no more than a fixed amount of memory.<br>• Soft limits lets the container use as much memory as it needs unless certain conditions are met, such as when the kernel detects low memory or contention on the host machine.<br><br>https://docs.docker.com/config/containers/resource_constraints/ |