Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Plaintiff VirtaMove Corp.*

David A. Perlson (CA SBN 209502)
david.perlson@hlc.com
Antonio Sistos (CA SBN 238847)
ton.sistos@hlc.com
**HOGAN LOVELLS CADWALADER US LLP**
Hogan Lovells Cadwalader US LLP
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2412

Deepa Acharya (CA SBN 267654)
deepaacharya@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Quinn Emanuel Urquhart & Sullivan, LLP
Washington, District of Columbia 20005- 3314
Telephone: (202) 538-8000
Fax: (202) 538-8100
*Attorneys for Defendant Google, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

VIRTAMOVE, CORP.,

Plaintiff,

v.

GOOGLE LLC,

Defendant.

Case No. 5:25-cv-00860-NW

Case No. 5:26-cv-00704-NW (consol.)

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINE FOR DAMAGES CONTENTIONS MEETING**

Judge: Honorable Noël Wise
Courtroom: 3, 5th Floor

Pursuant to Local Rule 6-1(b), 6-2, and Patent L.R. 3-10, Plaintiff VirtaMove, Corp. ("VirtaMove") and Defendant Google LLC ("Google") (collectively, the "Parties"), hereby respectfully submit the following Stipulation and Proposed Order.

WHEREAS, on February 18, 2026, the Court issued a case management order (Dkt. 141) setting the deadline for the Damages Contentions Meeting under Patent L.R. 3-10 as September 14, 2026.

WHEREAS, on June 15, 2026, VirtaMove served its Damages Contentions under Patent L.R. 3-8.

WHEREAS, on July 2, 2026, the Parties stipulated, and the Court issued an order (Dkt. 170) extending Google's deadline to serve its Responsive Damages Contentions by two weeks to July 29, 2026.

WHEREAS, on July 29, 2026, Google served its Responsive Damages Contentions under Patent L.R. 3-9.

WHEREAS, the Parties have stipulated to a two-week extension of the deadline for the Damages Contentions Meeting to September 28, 2026.

WHEREAS, the Parties do not anticipate the stipulated extension having an effect on the remaining schedule for the case.

Now therefore, the Parties, through the undersigned counsel, hereby stipulate as follows:

1. The deadline for the Damages Contentions Meeting is September 28, 2026.

Jointly submitted on September 11, 2026.

*/s/ Mackenzie Paladino*
Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Plaintiff VirtaMove Corp.*

*/s/ David A. Perlson*
David A. Perlson (CA SBN 209502)
david.perlson@hlc.com
Antonio Sistos (CA SBN 238847)
ton.sistos@hlc.com
**HOGAN LOVELLS CADWALADER US LLP**
Hogan Lovells Cadwalader US LLP
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2412

Deepa Acharya (CA SBN 267654)
deepaacharya@quinnemanuel.com **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Quinn Emanuel Urquhart & Sullivan, LLP
Washington, District of Columbia 20005- 3314
Telephone: (202) 538-8000
Fax: (202) 538-8100
*Attorneys for Defendant Google, LLC*

**FILER'S ATTESTATION**

I attest in compliance with Civil Local Rule 5-1(i)(3) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: September 11, 2026

*/s/ David A. Perlson*

David A. Perlson

**[PROPOSED] ORDER**

Plaintiff VirtaMove, Corp. and Defendant Google LLC have stipulated to extend the deadline for the Damages Contentions Meeting to September 28, 2026.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: ____________________, 2026

______________________________

Honorable Noël Wise

United States District Judge