Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Plaintiff,*
*VirtaMove Corp.*

RUSS, AUGUST & KABAT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

VIRTAMOVE, CORP.,

Plaintiff,

v.

GOOGLE, LLC,

Defendant.

Case No. 25-CV-00860-NW (Lead Case)
Case No. 5:26-cv-00704-NW (Member Case)

**PLAINTIFF VIRTAMOVE CORP.'S NOTICE RE MARKMAN PRESENTATION AND TECHNOLOGY TUTORIAL SLIDES**

Plaintiff VirtaMove Corp. ("Virtamove") hereby gives notice that it used the following slides during the Markman hearing held on October 1, 2026:

1. VirtaMove's Markman Presentation, attached hereto as Exhibit 1, and
2. '814 and '762 Patents Technology Tutorial, attached hereto as Exhibit 2.

Pursuant to the Court's instruction at the hearing, Virtamove hereby files the foregoing slides.

Date: October 1, 2026

*/s/ Reza Mirzaie*

Marc Fenster (SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Plaintiff,*
*VirtaMove Corp.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that, on October 1, 2026 counsel of record who have appeared in this case are being served with a copy of the foregoing via ECF.

*/s/ Reza Mirzaie*
Reza Mirzaie

RUSS, AUGUST & KABAT