Marc Fenster (SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (SBN 246953)
rmirzaie@raklaw.com
Neil A. Rubin (SBN 250761)
nrubin@raklaw.com
Jacob Buczko (SBN 269408)
jbuczko@raklaw.com
James A. Milkey (SBN 281283)
jmilkey@raklaw.com
James Tseui (SBN 285530)
jtseui@raklaw.com
Christian Conkle (SBN 306374)
cconkle@raklaw.com
Qi (Peter) Tong (SBN 300347)
ptong@raklaw.com
Jonathan Ma (SBN 312773)
jma@raklaw.com
Daniel Kolko (SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Plaintiff,*
*VirtaMove Corp.*

David A. Perlson (CA SBN 209502)
david.perlson@hoganlovells.com
Antonio Sistos (CA SBN 238847)
ton.sistos@hoganlovells.com
**HOGAN LOVELLS US LLP**
Hogan Lovells US LLP
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2412

Deepa Acharya (CA SBN 267654)
deepaacharya@quinnemanuel.com **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Quinn Emanuel Urquhart & Sullivan, LLP
Washington, District of Columbia 20005- 3314
Telephone: (202) 538-8000
Fax: (202) 538-8100

*Attorneys for Defendant,*
*Google, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

VIRTAMOVE, CORP.,

Plaintiff,

v.

GOOGLE, LLC

Defendant.

Case No. 5:25-cv-00860-NW
Case No. 5:26-cv-00704-NW (consol.)

**JOINT STIPULATED ~~[PROPOSED]~~ FINAL JUDGMENT**

| | |
|---|---|
| Judge: | Hon. Noël Wise |
| Location: | Courtroom 3, 5th Floor |
| Date: | Oct. 27, 2026, 10:30 am |
| | Status Conference |

RUSS, AUGUST & KABAT

Pursuant to Federal Rule of Civil Procedure 58 and the Joint Stipulation for Entry of Final Judgment (the "Stipulation") between Plaintiff VirtaMove Corp. ("VirtaMove") and Defendant Google LLC ("Google"), the Court hereby directs entry of final judgment in conformity with the Court's October 13, 2026 Claim Construction Order (ECF 204) (the "Order") as follows:

1. The Court hereby enters, in favor of Google, Final Judgment of invalidity as to all patent claims VirtaMove asserts in this case, which are claims 1, 2, 4, 6, 8, 9, 10, 13, and 14 of U.S. Patent No. 7,519,814, and claims 17–20 of U.S. Patent No. 7,774,762.

2. This judgment is entered without prejudice to Google's ability to re-raise any remaining defenses should the Federal Circuit reverse the invalidity determination in the Order.

3. The parties have agreed, and the Court so orders, that all deadlines related to any application or motion for costs and/or attorneys' fees shall be stayed until after the appeal is resolved. If necessary, any application or motion for costs and/or attorneys' fees shall be due 14 calendar days after entry of a mandate upholding the Order.

4. This Judgment and the Stipulation are without any waiver of, or prejudice to, any party's rights to challenge the Order on appeal and to appeal this Judgment on any ground relating to the Order.

This Final Judgment resolves all claims between all parties and is therefore appealable.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 22, 2026

NOËL WISE
United States District Judge

RUSS, AUGUST & KABAT